UNITED STATES of America,
Plaintiff–Appellee,

v.

Ronald Eugene MATHIS, a.k.a. Romeo,
Defendant–Appellant.

No. 09–13391
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 20, 2010.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Ronald Mathis in this appeal of the denial of a motion for a reduced sentence, 18 U.S.C. § 3282(c)(2), has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district

court's denial of Mathis's 18 U.S.C. § 3582 motion is **AFFIRMED**.